UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROADWAY PINE BRANDS LLC,<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MUSTB TOY STORE, *et al*.,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO. 2:21-cv-1736<br><br><br>**FILED UNDER SEAL** |

**ORDER ON PLAINTIFF'S EX PARTE MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

　　　　AND NOW, this  2nd  day of December, 2021, upon consideration of Plaintiff's Ex Parte Motion for an Order Authorizing Alternative Service on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3),

IT IS HEREBY ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that Plaintiff are authorized to make alternative service of the Summonses, the Complaint, any discovery, and all filings in this matter upon each Defendant in this action, as follows:

1. via e-mail by providing the address to Plaintiff's designated website to Defendants via (i) the e-mail accounts provided by Defendants as part of the data related to their respective e-commerce stores, or (ii) the e-commerce marketplace for each of the e-commerce stores, or

2. via website publication by posting copies of the Summonses, Complaint, any Discovery, and all filings in this matter on Plaintiff's designated website on www.ferencelawsuit.com.

　　　　　　　　　　　　　　　　　　　　　　　　 s/ J. Nicholas Ranjan　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc　Stanley D. Ference III, Esq.
　　　courts@ferencelaw.com
　　　Brian Samuel Malkin, Esq.
　　　bmalkin@ferencelaw.com