IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BROADWAY PINE BRANDS LLC,

          Plaintiff,

v.

MUSTB TOY STORE, *et al*.,

          Defendants.

Civil Action No. 21-1736

(Judge Ranjan)

## SUMMONS/RETURN OF SERVICE RETURNED EXECUTED

I, Brian Samuel Malkin, hereby certify as follows:

1.    I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2.    I am an attorney with the law firm of Ference & Associates LLC, which is located at 490 Broad Street, Pittsburgh, Pennsylvania 15143.

3.    I am an attorney for the Plaintiff in the above-captioned case.

4.    As of December 15, 2021, all the Defendants were served in accordance with the Alternative Service Order.

Executed this 31st of January 2022, at Pittsburgh, Pennsylvania.

                            /s/Brian Samuel Malkin
                            Brian Samuel Malkin